1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO. 2:01-CR-00039 KJM

12              Plaintiff,              **ORDER DISMISSING INDICTMENT**

13         v.

14  ARUTUN MINASYAN,

15              Defendant.

16

17    For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant

18  **ARUTUN MINASYAN** is hereby DISMISSED, and any outstanding arrest warrant is recalled.

19  DATED: July 10, 2013.

20

21                                    _____
                                      UNITED STATES DISTRICT JUDGE
22

1